No. 862. PEYTON, PENITENTIARY SUPERINTENDENT *v.* GILLESPIE. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Robert Y. Button,* Attorney General of Virginia, and *Reno S. Harp III,* Assistant Attorney General, for petitioner. *Henry H. Tiffany* for respondent. ▪

No. 797. SLOANE ET UX. *v.* FINCH, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Paul E. Sloane, pro se,* and for other petitioner. *Solicitor General Griswold, Acting Assistant Attorney General Eardley,* and *Alan S. Rosenthal* for respondent. ▪

No. 832. WESTERN SEED PRODUCTION CORP. *v.* CAMPBELL, JUDGE. Sup. Ct. Ore. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE WHITE are of the opinion that certiorari should be granted. *Robert A. Leedy* for petitioner. *E. Frederick Velikanje* for respondent.

No. 888. PACIFIC FAR EAST LINE, INC., ET AL. *v.* PACIFIC SEAFARERS, INC., ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Frederick M. Rowe, Edward D. Ransom,* and *R. Frederic Fisher* for petitioners. *Robert E. Sher, Abraham J. Harris,* and *Marvin J. Coles* for respondents.

No. 506, Misc. RAINES *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.